STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Frederick.fripps@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA RELITA WILLIAMS, | CIVIL NO. 5:24-CV-00404-PCP |
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for another hearing. The Commissioner will direct the Administrative Law Judge to give further consideration to the opinion evidence and evaluate it in accordance with the regulations, further evaluate the residual functional capacity consistent with the updated evaluation of the evidence, and if necessary by the expanded record, obtain supplemental vocational expert testimony to determine if jobs exist in significant numbers in the national economy. The ALJ shall take any necessary action to complete the administrative record

Voluntary Remand [5:24-CV-00404-PCP]                     1

and the sequential evaluation, and issue a new decision. Plaintiff shall have the opportunity to submit new evidence.

The parties further ask the Court to specify in its order that the case is being remanded pursuant to sentence four of § 405(g), and to direct the Clerk to enter judgment in accordance with Fed. R. Civ. P. 58, consistent with the Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296 302 (1993). The parties agree that reasonable attorney fees, expenses, and costs may be awarded under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, upon proper request to the Court.

Dated: June 17, 2024      By:    */s/ Francesco Benavides*
                                 (*as authorized via email)
                                 FRANCESCO BENAVIDES
                                 Attorney for Plaintiff

Dated: June 17, 2024             STEPHANIE HINDS
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Office of Program Litigation

                          By:    /s/ *Frederick Fripps*
                                 FREDERICK FRIPPS
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

                                 ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATE: June 18, 2024       _____
                          THE HONORABLE P. CASEY PITTS
                          United States District Judge